IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMOTHY R. McCRAY,           )<br>                                                      )<br>            Plaintiff(s),              )<br>                                                      )<br>    vs.                                          )<br>                                                      )<br>MICHAEL YARBOROUGH, et al., )<br>                                                      )<br>            Defendant(s).           )<br>_____ ) | No. C 05-4198 CRB (PR)<br><br>ORDER OF TRANSFER |

        Plaintiff, a state prisoner currently incarcerated at North Kern State Prison in Delano, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging various violations of his constitutional rights while he was incarcerated at California State Prison, Los Angeles County.

        A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Los Angeles, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District, Western Division. See id. § 1391(b).

        Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

        The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: October 26, 2005

                                                             CHARLES R. BREYER<br>
                                                            United States District Judge